UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**CALISHA D. HARRIS,**

        **Plaintiff(s),**        **CASE NUMBER: 09-14184**
                              **HONORABLE VICTORIA A. ROBERTS**

**v.**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant(s).**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On June 17, 2010, Magistrate Judge Charles E. Binder submitted a Report and Recommendation (Doc. #16) recommending that the Court: (1) DENY Plaintiff's Motion for Summary Judgment (Doc. #14); and (2) GRANT Defendant's Motion for Summary Judgment (Doc. #15).

Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(2), it **ADOPTS** the Magistrate Judge's Report and Recommendation. The Court: (1) **DENIES** Plaintiff's motion; and (2) **GRANTS** Defendant's motion.

    **IT IS ORDERED**.

                                  s/Victoria A. Roberts
                                  Victoria A. Roberts
                                  United States District Judge

Dated: July 20, 2010

The undersigned certifies that a copy of this document was served on the attorneys of record and Calisha Harris by electronic means or U.S. Mail on July 20, 2010.

s/Linda Vertriest
Deputy Clerk